EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 74 |
|--------|--------------|
| Francis O. Rodríguez Cardona | 200 DPR ____ |

Número del Caso: TS-17,259

Fecha:   30 de abril de 2018

Abogado de la peticionaria:

     Por derecho propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

  Francis O. Rodríguez Cardona      TS-17,259

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de abril de 2018.

     Examinado el escrito intitulado *Petición*, se autoriza la readmisión del Sr. Francis O. Rodríguez Cardona al ejercicio de la abogacía.

     Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). El señor Rodríguez Cardona deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en RUA.

     Publíquese.

     Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo